# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW DAVID KEIRANS, <br><br> Defendant. | No. 23-cr-1020-MAR <br><br> **ORDER SCHEDULING INITIAL APPEARANCE** |

The initial appearance for the above defendant will take place before the undersigned on **Wednesday, December 6, 2023 at 11:00 a.m.**; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 4th day of December, 2023.

_[signature]_

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa