# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN   DIVISION

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MATTHEW DAVID KEIRANS,<br>Defendant. | **HEARING MINUTES**   Sealed:   No |
|---|---|
| | Case No.:   2:23-cr-1020-MAR |
| | Presiding Judge:   Mark A. Roberts, Magistrate |
| | Deputy Clerk:   Paul Coberly |
| | Official Court Record:   FTR Gold     Contract?   -- |
| | Contact Information:     -- |

| Date: | 12/6/2023 | Start: | 10:59 AM | Adjourn: | 11:06 AM | Courtroom: | 4 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | | Time in Chambers: | -- | | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Timothy L. Vavricek | | | |
|---|---|---|---|---|---|
| | Defendant(s): | AFPD Christopher J. Nathan (Defendant appears personally) | | | |
| | U.S. Probation: | Amy Moser | | | |
| | Interpreter: | -- | Language: | -- | Certified: -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | |
|---|---|---|---|---|---|

| | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|

| Date of complaint: | 8/29/2023 |
|---|---|
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | -- |

| Counsel: | | Retained | X | Appointed (FPD or CJA Panel): | FPD: Christopher J. Nathan |
|---|---|---|---|---|---|

| Stipulation to discovery plan? | -- | Did defendant provide financial affidavit? | Yes |
|---|---|---|---|
| Did the government move for detention? | Yes | Was the defendant detained? | Yes |

| Preliminary hearing: | Waived |
|---|---|
| Detention hearing: | MAR 12/13/2023 at 10:00 AM |

| **Witness/Exhibit List is** | -- |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Court advises Defendant of his right to prosecution by indictment.<br><br>Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court. |
|---|---|

Page **1** of 1