IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 23-CR-1020 |
| Plaintiff, | ) | |
| vs. | ) | **UNRESISTED** |
| | ) | MOTION TO CONTINUE |
| | ) | TRIAL AND ALL TRIAL-RELATED |
| MATTHEW DAVID KEIRANS, | ) | DEADLINES |
| Defendant. | ) | |

Defendant, Matthew David Keirans, through counsel, respectfully moves to continue the trial and all trial-related deadlines, and in support states as follows:

1.  Mr. Keirans was indicted on December 12, 2023, on five counts of false statement to a National Credit Union Administration insured institution, in violation of 18 U.S.C. § 1014 and two counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1). Mr. Keirans pleaded not guilty. A detention hearing was held and Mr. Keirans was detained pending trial.

2.  Trial is currently set for the two-week period beginning February 12, 2024. Trial motions are due January 25, 2024; and Mr. Keirans 's deadline to file a status report or accept responsibility is January 22, 2024.

3.  In order to permit the parties additional time for plea negotiations, the defense more time to review discovery, and additional time for Mr. Keirans to consult with counsel, Mr. Keirans requests an extension of the trial date and trial-associated deadlines. Mr. Keirans requests an extension of these deadlines by at least 60 days.

1

4.      The undersigned has discussed a continuance with Assistant United States Attorney Timothy Vavricek and he has indicated that he does not object to rescheduling the trial and all trial deadlines in this matter.

5.      No previous motions to continue have been filed.

For the foregoing reasons, Matthew Keirans, through counsel, respectfully moves for a continuance of the trial date and all trial-related deadlines by at least 60 days.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on January 19, 2024, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
                    By:   /s/ Melissa Dullea

2