IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 23-CR-1020 |
| Plaintiff, ) | |
| ) | **UNRESISTED** |
| vs. ) | MOTION FOR LEAVE TO FILE |
| ) | OVERLENGTH SENTENCING BRIEF |
| MATTHEW DAVID KEIRANS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Local Rule 7(h), the Defendant, Matthew David Keirans, requests leave to file his sentencing brief exceeding the twenty-page limit. In compliance with that rule, the Defendant moves for the Court's leave to file an overlength brief. The reason for the overlength brief is the number of issues to be addressed, twelve in total were identified in the second revised final PSR. Docket No. 37. In order for the undersigned to provide the Court with the necessary information to make determinations for each of the issues addressed by Probation the Defendant will exceed the twenty-page restriction.

Assistant United States Attorney Timothy Vavricek and he has indicated that he does not object to the Defendant filing an overlength sentencing brief.

Therefore, the Defendant respectfully requests that the Court allow an overlength sentencing brief containing 39 pages in this matter due to the number of issues to be addressed.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan

1

CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: _/s/ Melissa Dullea_