IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) No. 23-CR-1020-CJW<br>) |
| vs. | )<br>) |
| MATTHEW DAVID KEIRANS, | )<br>) |
| Defendant. | )<br>) |

## MOTION TO SEAL SENTENCING EXHIBITS

The United States of America requests that Exhibits 2 - 10 and 10A for its sentencing memorandum be filed under seal. The documents contain financial account numbers and other personal identifying information throughout. Pursuant to Local Rule 5(c), the government respectfully requests leave to file Sentencing Exhibits 2 - 10 and 10A under seal, so that the filings are not made available on the public docket.

Respectfully Submitted,

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ RAL*

TIMOTHY T. DUAX
United States Attorney

By: */s/ Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, Iowa 52401-2101
(319) 363-6333
(319) 363-1990 - Fax
Tim.Vavricek@usdoj.gov