IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW DAVID KEIRANS,<br><br>Defendant. | No. 23-CR-1020 CJW-MAR<br><br>**ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF** |

_____

The matter before the Court is defendant's Unresisted Motion for Leave to File Overlength Sentencing Brief. (Doc. 40). In compliance with Local Rule 7(h), defendant attached the overlength brief to this motion. (Doc. 40-1).

**IT IS ORDERED** for good cause and the reasons stated in the motion, the motion to file overlength sentencing brief is **granted**. The Clerk of Court is directed to detach and file defendant's Motion for Downward Departure and Sentencing Memorandum attached at Doc. 40-1.

**IT IS SO ORDERED** this 24th day of January, 2025.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa