EXHIBIT A stored on Clerk's Drive

A. Video posted to YouTube titled "You Won't Believe This!" by "Fousey".

B. Video posted to YouTube titled "You Just Did Act PRANK!" by "Fousey".

EXHIBIT C stored on Clerk's Drive

C. Video posted to YouTube titled "I FOUND Homeless BILL!" by "Fousey".

D. Video posted to YouTube titled "He's Gone…" by "Fousey".

EXHIBIT E stored on Clerk's Drive

E. Video posted to YouTube titled "Bad News!" by "Fousey".