Case 2:23-cr-01020-CJW-MAR   Document 45-3   Filed 01/24/25   Page 1 of 3   Exh. 3 001

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF LOS ANGELES

 3                              -oOo-

 4

 5     DEPARTMENT 134         HON. JAMES R. DABNEY, JUDGE

 6   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 7                PLAINTIFF,                   )
                                               )  CASE NO.
 8     VS.                                     )  BA480543
                                               )
 9   01 - MATTHEW KIERANS,                     )
                                               )
10                DEFENDANT(S).                )
     _____)
11

12            REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                  TUESDAY, NOVEMBER 19, 2019

14

15

16    APPEARANCES:

17

18    FOR THE PEOPLE:    OFFICE OF THE DISTRICT ATTORNEY
                         BY:  CELIA POLITEO, ESQ.
19                       211 WEST TEMPLE STREET
                         SUITE 200
20                       LOS ANGELES, CALIFORNIA  90012

21
      FOR THE DEFENDANT: ALTERNATE PUBLIC DEFENDER
22                       BY:  SUSANA JUAREZ, ESQ.
                         210 WEST TEMPLE STREET
23                       LOS ANGELES, CALIFORNIA  90012

24

25

26

27                        ELORA DORINI, CSR 13755
                          OFFICIAL COURT REPORTER
28
```

DEFENDANT'S EXHIBIT
I
23-cr-1020

Case 2:23-cr-01020-CJW-MAR   Document 45-3   Filed 01/24/25   Page 2 of 3

1  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
2  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
3  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
4  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5           ▬▬▬▬▬▬▬▬▬▬▬
6           ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
7  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
8  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
9  ▬▬▬▬▬▬
10         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
11 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
12         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
13         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
14         THE DEFENDANT:  I HAD A LITTLE PROBLEM IN SAN
15 DIEGO YEARS AGO --
16         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
17 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
18         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
19 ▬
20         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
21 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
22 ▬▬▬▬▬▬▬▬▬▬▬▬
23
24         ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
25
26
27
28

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    FOR THE COUNTY OF LOS ANGELES
 3
 4       DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE
 5    THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                               )
 6                  PLAINTIFF,                 )
                                               ) NO. BA480543
 7      VS.                                    )
                                               )
 8    01 - MATTHEW KIERANS,                    )
                                               ) REPORTER'S
 9                  DEFENDANT(S).              ) CERTIFICATE
      _____)
10
```

I, ELORA DORINI, OFFICIAL COURT REPORTER OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND THAT THE FOREGOING PAGES 1 THROUGH 6 COMPRISE A FULL, TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED CAUSE ON NOVEMBER 19, 2019.

EXECUTED THIS DAY, DECEMBER 31, 2024, AT LOS ANGELES, CALIFORNIA.

_____
ELORA DORINI, CSR NO. 13755