```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    FOR THE COUNTY OF LOS ANGELES
 3                                -oOo-
 4
 5    DEPARTMENT 134          HON. JAMES R. DABNEY, JUDGE
 6   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 7              PLAINTIFF,                     )
                                               )   CASE NO.
 8      VS.                                    )   BA480543
                                               )
 9   01 - MATTHEW KIERANS,                     )
                                               )
10              DEFENDANT(S).                  )
                                               )
11   _____)
12                REPORTER'S TRANSCRIPT OF PROCEEDINGS
13                   TUESDAY, DECEMBER 10, 2019
14
15
16    APPEARANCES:
17
18    FOR THE PEOPLE:     OFFICE OF THE DISTRICT ATTORNEY
                          BY:  PRISCILLA MUSSO, ESQ.
19                        211 WEST TEMPLE STREET
                          SUITE 200
20                        LOS ANGELES, CALIFORNIA  90012
21
     FOR THE DEFENDANT:  ALTERNATE PUBLIC DEFENDER
22                        BY:  SUSANA JUAREZ, ESQ.
                          210 WEST TEMPLE STREET
23                        LOS ANGELES, CALIFORNIA  90012
24
25
26
27                          ELORA DORINI, CSR 13755
                            OFFICIAL COURT REPORTER
28
```

**DEFENDANT'S EXHIBIT J**
23-cr-1020

```
 1   ████████████████████████████████████████
 2   ████████████████████████████████████████
 3   ██████████████████████████
 4            THE DEFENDANT:  I HAVE TO TELL YOU.  I MADE A
 5   REPORT TO FBI IN 1995, AND I MADE A REPORT ON MY UNCLE,
 6   HE'S CORRUPT.  MR. MOORE WAS DOWN THERE.
 7            THE WORLD TRADE CENTER, I AM NOT TAKING DOWN
 8   THE WORLD TRADE CENTER.  MY FAMILY GOT MURDERED, HIS
 9   WIFE AND KIDS, AND THE DOJ TOLD ME, KEEP MY PASSPORT TO
10   MYSELF, I WAS TOLD, I WAS SUPPOSED TO GET DOJ NEW
11   MEXICO TO BE PRESENT --
12            ███████████████████████████████
13   █████████████████████████████
14
15               ████████████████████████
16
17
18
19
20
21
22
23
24
25
26
27
28
```

```
 1                SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                      FOR THE COUNTY OF LOS ANGELES
 3
 4        DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE
 5   THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                              )
 6                  PLAINTIFF,                )
                                              ) NO. BA480543
 7     VS.                                    )
                                              )
 8   01 - MATTHEW KIERANS,                    )
                                              ) REPORTER'S
 9                  DEFENDANT(S).             ) CERTIFICATE
10   _____)
11
12
13          I, ELORA DORINI, OFFICIAL COURT REPORTER
14   OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR
15   THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID
16   CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND
17   THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,
18   TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND
19   TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED
20   CAUSE ON DECEMBER 10, 2019.
21
22          EXECUTED THIS DAY, DECEMBER 31, 2024, AT
23   LOS ANGELES, CALIFORNIA.
24
25                        _____
26                        ELORA DORINI, CSR NO. 13755
27
28
```