1    SUPERIOR COURT OF THE STATE OF CALIFORNIA

2          FOR THE COUNTY OF LOS ANGELES

3                    -OOO-

4

5   DEPARTMENT 134          HON. JAMES R. DABNEY, JUDGE

6   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                              )
7              PLAINTIFF,                      )
                                              )   CASE NO.
8      VS.                                     )   BA480543
                                              )
9   01 - MATTHEW KIERANS,                      )
                                              )
10             DEFENDANT(S).                   )
    _____)

11

12          REPORTER'S TRANSCRIPT OF PROCEEDINGS

13             THURSDAY, DECEMBER 19, 2019

14

15

16   APPEARANCES:

17

18   FOR THE PEOPLE:    OFFICE OF THE DISTRICT ATTORNEY
                        BY:  TALHA KHAN, ESQ.
19                      211 WEST TEMPLE STREET
                        SUITE 200
20                      LOS ANGELES, CALIFORNIA  90012

21

     FOR THE DEFENDANT: ALATERNATE PUBLIC DEFENDER
22                      BY:  SUSANA JUAREZ, ESQ.
                        210 WEST TEMPLE STREET
23                      LOS ANGELES, CALIFORNIA  90012

24

25

26

27                      ELORA DORINI, CSR 13755
                        OFFICIAL COURT REPORTER
28

DEFENDANT'S
EXHIBIT
K
23-cr-1020



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      THE DEFENDANT:  I PROVIDED DOCUMENTATION THAT
25  THE FBI IN MEXICO IN 1995 AGAINST MATT CORONAS.
26      THE COURT:  THAT'S ALL TRIAL ISSUES.
27      THE DEFENDANT:  BETSY ROSS IS A US CITIZEN.
28  THAT'S ALL COPS.
```

```
 1                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                      FOR THE COUNTY OF LOS ANGELES

 3

 4          DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE

 5   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 6                     PLAINTIFF,              )
                                               ) NO. BA480543
 7      VS.                                    )
                                               )
 8   01 - MATTHEW KIERANS,                     )
                                               ) REPORTER'S
 9                    DEFENDANT(S).            ) CERTIFICATE
     _____)
10

11

12

13            I, ELORA DORINI, OFFICIAL COURT REPORTER

14    OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR

15    THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID

16    CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND

17    THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,

18    TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND

19    TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED

20    CAUSE ON DECEMBER 19, 2019.

21

22            EXECUTED THIS DAY, DECEMBER 31, 2024, AT

23    LOS ANGELES, CALIFORNIA.

24

25    _____
      ELORA DORINI, CSR NO. 13755
26

27

28
```