```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                    FOR THE COUNTY OF LOS ANGELES

 3                               -oOo-

 4

 5    DEPARTMENT 134         HON. JAMES R. DABNEY, JUDGE

 6   THE PEOPLE OF THE STATE OF CALIFORNIA,     )
                                                )
 7                  PLAINTIFF,                  )
                                                )   CASE NO.
 8     VS.                                      )   BA480543
                                                )
 9   01 - MATTHEW KIERANS,                      )
                                                )
10                  DEFENDANT(S).               )
                                                )
11   _____  )

12              REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                   FRIDAY, JANUARY 24, 2020

14

15

16    APPEARANCES:

17

18    FOR THE PEOPLE:     OFFICE OF THE DISTRICT ATTORNEY
                          BY:  CELIA POLITEO, ESQ.
19                        211 WEST TEMPLE STREET
                          SUITE 200
20                        LOS ANGELES, CALIFORNIA  90012

21

22    FOR THE DEFENDANT: ALTERNATE PUBLIC DEFENDER
                          BY:  RICHARD RAMOS, ESQ.
23                        210 WEST TEMPLE STREET
                          LOS ANGELES, CALIFORNIA  90012

24

25

26

27                                ELORA DORINI, CSR 13755
28                                OFFICIAL COURT REPORTER
```

DEFENDANT'S EXHIBIT L  23-cr-1020

4

```
 1   ████████████████████████████
 2   █████████████████████████████████████
 3   ██████████████████████████████████████
 4   ███████████████████████████████████████
 5   ████████████████████████████████████████
 6   ███████████
 7   ██████████████████████████
 8   ████████████████████
 9   ████████████████████
10         THE DEFENDANT:  I'M NOT COMPETENT.
11         THE COURT:  I AGREE.  DEFENDANT IS FOUND
12   INCOMPETENT --
13         THE DEFENDANT:  MAY IT PLEASE THE COURT, IN
14   2014, A GUY WITH A GUN PULLED A GUN ON ME, 10.2 OUNCES
15   OF GOLD.
16         ████████████████████
17         █████████████████████████████████
18   █████████████████████████████████████
19   █████████████████████████████████████
20         ███████████████████████████
21         ████████████████████████████████
22   ████████████████████████████████████
23   █████████████████████████████████████
24         ██████████████████████████████████
25   ███████████████████████████████
26         ████████████████████████████
27         █████████████████████████████████
28   █████████████████████████████████████
```

Case 2:23-cr-01020-CJW-MAR   Document 45-6   Filed 01/24/25   Page 2 of 3   Exh. 3 002

```
 1                SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                      FOR THE COUNTY OF LOS ANGELES
 3
 4       DEPARTMENT 134    HON. JAMES R. DABNEY, JUDGE
 5    THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                                              )
 6                     PLAINTIFF,             )
                                              ) NO. BA480543
 7       VS.                                  )
                                              )
 8    01 - MATTHEW KIERANS,                   )
                                              ) REPORTER'S
 9                     DEFENDANT(S).          ) CERTIFICATE
      _____)
10
11
12
13           I, ELORA DORINI, OFFICIAL COURT REPORTER
14    OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR
15    THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID
16    CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND
17    THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,
18    TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND
19    TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED
20    CAUSE ON JANUARY 24, 2020.
21
22              EXECUTED THIS DAY, DECEMBER 31, 2024, AT
23    LOS ANGELES, CALIFORNIA.
24
25                          _____
                            ELORA DORINI, CSR NO. 13755
26
27
28
```