From: Tina Debban
To: Tina Debban
Subject: Screenshot 2024-11-06 at 11.36.25 AM
Date: Wednesday, November 6, 2024 11:37:18 AM

EXTERNAL SENDER

11:36     .ıll LTE 53

  **woodsw677**   ...



**55** posts    **120** followers    **327** following

## William Woods

I am a jeweler and gem collector and a jewelry collector and silver coin collector and I collect silver bars. I have been in jewelry since 2003.

[ **Follow** ]    [ Message ]

        

  

DEFENDANT'S EXHIBIT Q
23-cr-1020



Sent from my iPhone