To whom it may concern,

    My name is Matthias Woods, son of Matthew Keirans, and I am writing this letter to speak to the character of my father.

    As far back as I can remember, he has supported my mom and I. He has worked hard to provide us with safety and security, helping my mom through school when I was young and helping me as well over the last few years. He is forthright, honest, and protective. In every way he has led an honest and hardworking life in support of his family and career.

    No matter what the past held for him, it is my sincere belief that he will move forward with integrity and honesty. I hope you take this letter into consideration and give him the opportunity to make such strides for himself.

Sincerely,
Matthias Woods

