To Whom It May Concern:

Until Matt's arrest in July 2023, I saw an All-American success story. I witnessed someone overcome a troubled youth, physical challenges, and a lack of formal education to live an exceedingly ordinary life. I saw the personality quirks of a temperamental young man who avoided people, private about his childhood, living life more as a recluse, than a socialite. Matt enjoyed good food, played video games, and until the invention of smart phones, had a forgetfulness about anniversaries common to husbands. He didn't drink alcohol excessively or frequently. In time, he quit smoking, though he still loves coffee, sweet with cream. While priding himself on rational, logical thinking, Matt smiled at the thought of being a father. He wept when his son was born, for anyone who has never shed a tear has never loved anybody. Matt was no longer alone in the world; he had a family. I saw, over the course of thirty years, Matt's vices decrease, and I saw his virtues increase, until I think anyone would have deemed him a rather common, "middle-class Joe," "a good guy" who went to work, spent, and saved to provide for his family, which flourished under his care.

As his wife, as the one person who has been at his side the longest, Matt is still mystifying to me, ignorant of the fraudulent path which he took before we met and continued in after we married. Had I known, we could and would have righted his wrongs decades earlier. In all other aspects, Matt has been faithful. Part of the perplexity is that Matt's prosperity was accomplished through his education in computer courses and an almost dire desire to be good at something. The regard he gained from co-workers capped years of genuine dedication and resulted from a long obedience in the same direction, as any man acts who has a career. His generosity towards friends-in-need was the result of wages earned from labor and a sensitivity to those less fortunate. He has a kindness toward people like himself: the displaced, the sick, the misfortunate. This makes the worst of his crimes against W. Woods more unpalatable. I see in Woods, the image of a younger Matt.

Tragically, Matt did not have the courage to live a completely honest life. He did not confront his shame. Rather than stop and release a lifetime of accolades, the benefits of a highly-paid position, a comfortable life with his family with retirement drawing nearer— rather than letting everything go—he pursued the prosecution of Woods, hoping that the spiraling situation with its attendant stress would just go away. He could preserve our savings, protect our health benefits, and life without constant scrutiny would return. Afraid of losing everything, inevitably, he lost everything.

On the contrary, Matt has not lost everything quite yet. Our son and I have remained stalwart support, not as some kind of *quid pro quo* for his years of service to us, but from sacrificial love and genuine affection for a husband and a dad.

DEFENDANT'S EXHIBIT
W
23-cr-1020

I affirm the rightness of Matt's just sentence for his crimes, for he had not heeded good reason and he had not followed sound advice. Surely, correction is necessary to preserve the thin veil of civilization, which when its threads are torn, threatens to fray the fabric of society. Matt's sentence is not merely personal. It now serves as a warning to all men.

Surely, correction is necessary, but correction with discretion is warranted, a discretion which heals under the guise of injury. *Will this sentence deter Matt?* The incarceration Matt has served has already had its effect. He lives under his given name and legal identity. He fears never seeing his family again. *Will this sentence rehabilitate Matt?* He already has a steeled determination to live life morally in all aspects, yet he faces a difficult prospect amongst convicts, a seemingly Sisyphean task the longer the sentence issued. But repeating *crime* is not an option for Matt. With the ugly truths revealed, Matt has nothing to run from, no reason to repeat these or similar offenses. He has everything to run toward: productive work and loving his family. Finally, *will this sentence punish Matt?* Indeed, he is punished. He clearly understands the realities of imprisonment.

Yet, as one passing judgment, as one not taking pleasure in any man's punishment, I ask that you render judgment without malice. Render judgement with charity towards all, with a discretion which allows Matt to live his senior years honorably and in the right. Render judgement as a wise man, far from inhumane ferocity.

Though Matt's crimes have thrown the drone beat of our long-term relationship into a fugue state, we do not flee from the banns of marriage. Having gazed upon the worst of each other, having borne each other's burdens, we still strive to fulfill the promises professed, for better or for worse. In your endeavor to bind up the wounds Matthew has inflicted, I ask that you *care for him and for his family*, who will be his widow and his orphan for the duration of his incarceration. As family—father, mother, son—we three are one. We all drink the same cup of sorrow until Matt is ours alone to hold and to keep.

In good faith,

Nancy Zimmer