```
From:     woods.nt@gmail.com
Sent:     Monday, May 27, 2024 6:28 AM
To:       Christopher Nathan
Subject:          FW: Chatacter Reference for Matthew David Keirans
```

EXTERNAL SENDER

Chris,
For PSIR re: Matthew David Keirans
Nancy Zimmer

-----Original Message-----
From: Felicia white <whitefelicia1973@gmail.com>
Sent: Tuesday, May 21, 2024 6:39 PM
To: woods.nt@gmail.com
Subject: Chatacter Reference for Matthew David Keirans


To whon it may concern,
I have known Matthew David Keirans ( known to me as Bill Woods) since 2005. I met Nancy on the play
ground at Village Manor in Louisville Kentucky. Matthias (Nancy and Matthew's son) was friends with my
son Micah Anthony Brogdon. At the time my ex-husband was attending Louisville Presbyterian seminary.
I was very careful about the company I kept, and I deemed Nancy and Matthew as upstanding citizens.
Through the years Nancy and I became dear friends. Our children grew up together. Matthew
consistently worked a 9-5 providing financial security for his family. He ensured that Matthias could have
the best education by providing him with the best  private schools. He worked diligently while Nancy
pursued her PhD at Southern Baptist Seminary. Matthew  financially supported the philanthropic work
that Nancy did throughout her community. He supported Nancy as she cared for her aging mother. Our
children spent a lot of time together in their home and I always felt my children were safe and secure
when with them. Matthew was a hardworking man that loved his family. My life has been impacted for
the better by knowing Matthew and his wife Nancy and could not imagine what my life would have been
like had we not met in 2005.  After my divorce, I could count on my hands the people who supported me
and were there through those emotionally hard times. I am forever grateful.

