

State of California-Health and Human Services Agency

Department of State Hospitals
Fax number (916) 651-8908

**PATIENT BILL**

| STATEMENT DATE |
|---|
| 07/24/24 |

| PATIENT'S NAME | HOSP. NO | ACCOUNT NUMBER | PAYOR NO. | PERIOD COVERED BY THIS STATEMENT |
|---|---|---|---|---|
| KEIRANS MATTHEW | 08 | 08175534 0294 | | |

INDICATE PATIENT'S NAME, HOSPITAL NUMBER, ACCOUNT NUMBER, AND PAYOR NUMBER ON ALL INQUIRIES AND PAYMENTS

TRANSACTION MADE AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT

CHECK THIS BOX IF PAYING THE FULL AMOUNT STATED IN THE "PAY THIS AMOUNT" BOX ☐

| PAY THIS AMOUNT |
|---|
| 118,251.83 |

$

| BILL TO | REMIT TO |
|---|---|
| MATTHEW KEIRANS | Department of State Hospitals<br>Patient Cost Recovery Section<br>1600 Ninth Street, Room 150<br>Sacramento, CA 95814<br><br>Make checks payable to:<br>Department of State Hospitals |

**IMPORTANT:** DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR REMITTANCE TO ASSURE PROPER CREDIT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| PATIENT'S NAME | HOSP. NO. | ACCOUNT NUMBER | PAYOR NO. | ACCOUNT BALANCE | STATEMENT DATE | PAGE NO. |
|---|---|---|---|---|---|---|
| KIERANS MATTHEW | 08 | 08175534 0294 | | 118, 251.83 | 07/24/24 | |

| TRANSACTION DATE | REFERENCE NUMBER | DESCRIPTION | INSURANCE PORTION | AMOUNT |
|---|---|---|---|---|
| | | This bill is for the cost of care at Patton State Hospital from October 20, 2020- March 15, 2021. | | |

| Account Balance Last Statement | 118, 251.83 |
|---|---|
| New Charges Adjustments | |
| New Payment Credits | |
| Current Account Balance | 118, 251.83 |
| Minimum Payment Due | 118,251.83 |

THE BALANCE MAY NOT ACCURATELY REFLECT THE TOTAL AMOUNT DUE AS ALL ADJUSTMENTS FOR THIS AMOUNT MAY NOT HAVE BEEN APPLIED. FOR PAY OFF BALANCES AND BILLING QUESTIONS, PLEASE SUBMIT YOUR REQUESTS TO
DSHSACTRUSTOFFICE@DSH.CA.GOV
PLEASE DIRECT NONBILLING QUESTIONS TO 916-651-1501.

**Government Exhibit 1**
Case 23-CR-1020
SENT

*IMPORTANT INFORMATION ON REVERSE SIDE

**LIABILITY FOR PAYMENT-**
See California Welfare and Institutions Code, Sections 7275 and 7513

**ACTUAL COST BALANCE-**
Includes all outstanding charges. We may not be billing you the full amount of the outstanding charges due to our determination that you are presently unable to pay this amount. We reserve the right to bill all or any part of the outstanding charges at a later date. Such billing will be made only after you are notified and given the opportunity to respond within a reasonable period of time.

**REPRESENTATIVE PAYEE, TRUSTEE, OR GUARDIAN/CONSERVATOR-**
of the patient receiving services is liable only to the extent of the patient's assets under their control (see California Welfare and Institutions Code Section 7279 and California Probate Code Section 2404)

**ESTIMATED INSURANCE PAYMENT-**
as shown on your statement may not be the actual amount we will receive. You may be liable, as stated above, for any amount not paid by insurance.

**NO INSURANCE SHOWN-**
and you have not previously supplied us with insurance information, please send a completed insurance claim form. We will bill your insurance carrier as a convenience to you, and we urge you to follow up with your carrier for payment of the claim.