# GOVERNMENT EXHIBIT 11A

# STORED ON CLERK'S DRIVE