# GOVERNMENT EXHIBIT 11B

# STORED ON CLERK'S DRIVE