IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 23-CR-1020-CJW |
| vs. | ) | |
| MATTHEW DAVID KEIRANS, | ) | |
| Defendant. | ) | |

**MOTION TO SEAL SENTENCING EXHIBITS**

The United States of America requests its' sentencing exhibits 12 and 13 be filed under seal. The documents are sensitive in nature containing a victim impact statement, an arrest report of the victim and other personal identifying information throughout. Pursuant to Local Rule 5(c), the government respectfully requests leave to file Sentencing Exhibits 12 and 13 under seal, so that the filings are not made available on the public docket.

Respectfully Submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, Iowa 52401-2101
(319) 363-6333
(319) 363-1990 - Fax
Tim.Vavricek@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ MAM*