IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

DEPARTMENT 34                 HON. DEBORAH S. BRAZIL, JUDGE

-O0O-

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | )   NO. BA480543 |
| | ) |
| MATTHEW KIERANS, | ) |
| | ) |
| DEFENDANT. | ) |
| _____ | ) |

**CERTIFIED TRANSCRIPT**

REPORTER'S TRANSCRIPT OF ORAL PROCEEDINGS

OCTOBER 16, 17, 2019

APPEARANCES:

FOR THE PEOPLE:          OFFICE OF THE DISTRICT ATTORNEY
                         BY:  STANLEY WILLIAMS
                         DEPUTY DISTRICT ATTORNEY
                         211 WEST TEMPLE STREET
                         SUITE 1200
                         LOS ANGELES, CA 90012


FOR THE DEFENDANT:       OFFICE OF THE ALTERNATE PUBLIC
                         DEFENDER
                         BY:  SUSANA JUAREZ, DEPUTY
                         210 WEST TEMPLE ST., 18TH FLR.
                         LOS ANGELES, CA 90012


REPORTED BY:             JACK C. SCHEINFELD, CSR# 12109
                         OFFICIAL REPORTER

Government
Exhibit
14A
Case
23-CR-1020-CJW
SENT

```
                    M A S T E R   I N D E X


                         SESSIONS


PROCEEDING                                        PAGE

WEDNESDAY, OCTOBER 16, 2019
  A.M. SESSION                                     3


THURSDAY, OCTOBER 17, 2019
  A.M. SESSION                                     5
  PRELIMINARY HEARING                              5
```

```
                CHRONOLOGICAL INDEX OF WITNESSES


ANTONIO SANCHEZ, CALLED BY THE PEOPLE             PAGE
  DIRECT EXAMINATION BY MR. WILLIAMS               8
  CROSS-EXAMINATION BY MS. JUAREZ                 12

OSSIOLA CANTRELL, CALLED BY THE PEOPLE
  DIRECT EXAMINATION BY MR. WILLIAMS              15
  CROSS-EXAMINATION BY MS. JUAREZ                 18
```

```
                       EXHIBIT LIST


                                   FOR     IN EVIDENCE
EXHIBIT          DESCRIPTION       I.D.    BY REFERENCE


PEOPLE'S 1      IDENTIFICATION AND   8          14
                SOCIAL SECURITY CARD
```

```
CASE NUMBER:            BA480543

CASE NAME:              PEOPLE VS. MATTHEW KIERANS

LOS ANGELES, CALIFORNIA  WEDNESDAY, OCTOBER 16, 2019

DEPARTMENT 34          DEBORAH S. BRAZIL, JUDGE

REPORTER:              JACK C. SCHEINFELD, CSR# 12109

TIME:                  A.M. SESSION.

APPEARANCES:

          THE DEFENDANT NOT BEING PRESENT IN COURT AND

REPRESENTED BY COUNSEL, SUSANA JUAREZ, DEPUTY ALTERNATE

PUBLIC DEFENDER; THE PEOPLE BEING REPRESENTED BY BRIAN

HETTINGER, DEPUTY DISTRICT ATTORNEY OF LOS ANGELES

COUNTY:


          (THE FOLLOWING PROCEEDINGS WERE

           HELD IN OPEN COURT:)


     THE COURT:  NUMBER 1 ON DEPARTMENT 33'S CALENDAR,

MATTHEW KIERANS.

          THE PEOPLE ARE REQUESTING A WITNESS BE

ORDERED BACK.

          SIR, YOUR NAME AND BADGE NUMBER?

     THE WITNESS:  OFFICER OSSIOLA CANTRELL, SERIAL

NUMBER 38555.

     THE COURT:  SIR, YOUR TESTIMONY IS NEEDED

TOMORROW, OCTOBER 17TH, 2019, 8:30 A.M. HERE IN

DEPARTMENT 34.  VERY WELL?

          THE WITNESS:  YES, MA'AM.

     THE COURT:  SEE YOU TOMORROW, SIR.
```

(WHEREUPON UNRELATED MATTERS WERE

REPORTED NOT TRANSCRIBED HEREIN.)

THE COURT:  ON 33'S CALENDAR, NUMBER 1, MATTHEW KIERANS.  THE DEFENDANT IS NOT PRESENT.  HE'S IN CUSTODY. THIS IS BA480543.

COUNSEL, STATE YOUR APPEARANCES, PLEASE.

MS. JUAREZ:  GOOD MORNING, YOUR HONOR.  SUSANA JUAREZ, DEPUTY ALTERNATE PUBLIC DEFENDER, ON BEHALF OF MR. KIERANS.

MR. HETTINGER:  BRIAN HETTINGER STANDING IN FOR PHILLIP WILLIAMS FOR THE PEOPLE.

THE COURT:  MATTER IS HERE FOR PRELIMINARY HEARING.  STATUS?

MR. HETTINGER:  ASKING TO TRAIL TO THE TEN OF TEN DATE.

THE COURT:  MS. JUAREZ, IS THAT OVER YOUR OBJECTION?

MS. JUAREZ:  YES, PLEASE.

THE COURT:  YOUR OBJECTION WILL BE NOTED FOR THE RECORD.  PRELIMINARY HEARING IS CONTINUED UNTIL TOMORROW, OCTOBER 17TH, 2019.  THAT WILL BE DAY TEN OF TEN. DEFENDANT IS ORDERED OUT.  BAIL REMAINS AT $100,000.

MS. JUAREZ, ANYTHING FURTHER?

MS. JUAREZ:  NO.  THANK YOU.

THE COURT:  MR. HETTINGER?

MR. HETTINGER:  NO, YOUR HONOR.

THE COURT:  THANK YOU.

(WHEREUPON THE PROCEEDINGS WERE CONCLUDED.)

```
CASE NUMBER:              BA480543
CASE NAME:                PEOPLE VS. MATTHEW KIERANS
LOS ANGELES, CALIFORNIA   THURSDAY, OCTOBER 17, 2019
DEPARTMENT 34             DEBORAH S. BRAZIL, JUDGE
REPORTER:                 JACK C. SCHEINFELD, CSR# 12109
TIME:                     A.M. SESSION.
APPEARANCES:

          THE DEFENDANT BEING PRESENT IN COURT AND
REPRESENTED BY COUNSEL, SUSANA JUAREZ, DEPUTY ALTERNATE
PUBLIC DEFENDER; THE PEOPLE BEING REPRESENTED BY STANLEY
WILLIAMS, DEPUTY DISTRICT ATTORNEY OF LOS ANGELES COUNTY:


          (THE FOLLOWING PROCEEDINGS WERE
           HELD IN OPEN COURT:)


     THE COURT:  THIS IS ADD-ON NUMBER 1, MATTHEW
KIERANS, BA480543.  MR. KIERANS IS PRESENT IN CUSTODY.
THIS MATTER IS HERE FOR PRELIMINARY HEARING.  BOTH SIDES
HAVE ANNOUNCED READY.
               COUNSEL, STATE YOUR APPEARANCES, PLEASE.
     THE DEFENDANT:  FALSE IDENTITY AGAINST ME BECAUSE
I'M MR. W███.
     MS. JUAREZ:  SUSANA JUAREZ, DEPUTY ALTERNATE
PUBLIC DEFENDER, ON BEHALF -- THE NAME ON THE COMPLAINT
IS KIERANS.  THERE'S ALSO AN AKA OF W███.
     THE COURT:  I'LL MAKE THAT NOTE.
     MS. JUAREZ:  THANK YOU.
     MR. WILLIAMS:  STANLEY WILLIAMS FOR THE PEOPLE.
```

THE COURT:  MS. JUAREZ, ON BEHALF OF YOUR CLIENT, DO YOU WAIVE FURTHER READING OF THE COMPLAINT, STATEMENT OF RIGHTS?

MS. JUAREZ:  YES.

THE COURT:  IS THERE A MOTION TO EXCLUDE WITNESSES?

MS. JUAREZ:  YES.

THE COURT:  THAT MOTION IS GRANTED.

PEOPLE JOIN IN THAT MOTION?

MR. WILLIAMS:  YES, YOUR HONOR.

THE COURT:  DO YOU HAVE AN INVESTIGATING OFFICER.

MR. WILLIAMS:  WE DO.

DETECTIVE CANTRELL:  DETECTIVE OSSIOLA CANTRELL, O-S-S-I-O-L-A, C-A-N-T-R-E-L-L.

THE COURT:  CALL YOUR FIRST WITNESS.

MR. WILLIAMS:  TONY SANCHEZ.

THE CLERK:  SIR, PLEASE FACE ME.  RAISE YOUR RIGHT HAND TO BE SWORN.

DO YOU SOLEMNLY STATE THE TESTIMONY YOU ARE ABOUT TO GIVE IN THE CAUSE NOW PENDING BEFORE THIS COURT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

THE WITNESS:  I DO.


ANTONIO SANCHEZ,

CALLED AS A WITNESS BY AND ON BEHALF OF THE PEOPLE, WAS DULY SWORN AND TESTIFIES AS FOLLOWS:

THE CLERK:  THANK YOU.  PLEASE HAVE A SEAT IN THE WITNESS STAND.  SIT BACK IN THE CHAIR AND PULL THE MICROPHONE CLOSE TO YOU.  PLEASE SPEAK DIRECTLY INTO THE MICROPHONE AND STATE AND SPELL YOUR FIRST AND LAST NAME SLOWLY FOR THE RECORD.

THE WITNESS:  ANTONIO SANCHEZ, A-N-T-O-N-I-O, S-A-N-C-H-E-Z.

THE COURT:  GOOD MORNING, SIR.  THANK YOU FOR SPEAKING DIRECTLY INTO THE MICROPHONE.  WE HAVE A FULL COURTROOM, AND IT CAN BE A LITTLE NOISY.  IT'S IMPORTANT WE ALL HEAR ALL OF YOUR ANSWERS.  PLEASE LISTEN CAREFULLY TO THE QUESTIONS AND ANSWER THEM TO THE BEST OF YOUR ABILITY.  IF YOU CAN ANSWER A QUESTION BY SAYING, "YES," OR, "NO," PLEASE DO THAT.  THE ATTORNEYS WILL CONTINUE TO ASK YOU FOLLOW-UP QUESTIONS IF THEY WANT MORE INFORMATION.  PLEASE ANSWER OUT LOUD.  BY THAT, I MEAN PLEASE DO NOT SAY, "UH-HUH," "HUH-UH," OR SHAKE YOUR HEAD.  IF AN ATTORNEY ASKS YOU A QUESTION THAT YOU DON'T UNDERSTAND, JUST LET THEM KNOW, AND THEY WILL ASK THE QUESTION IN A DIFFERENT WAY.  WILL YOU DO ALL OF THOSE THINGS?

THE WITNESS:  OF COURSE.

THE COURT:  YOU CAN PULL THE MICROPHONE A LITTLE CLOSER.  THANK YOU.

YOU MAY INQUIRE.

///
///
///

```
                DIRECT EXAMINATION
BY MR. WILLIAMS:
       Q.      GOOD MORNING, SIR.
       A.      GOOD MORNING.
       Q.      DO YOU WORK AT A U.S. BANK AS A MANAGER
LOCATED AT SOUTH FAIRFAX AND THIRD STREET WITHIN THE
COUNTY OF LOS ANGELES?
       A.      NOT ANYMORE.
       Q.      BACK ON AUGUST 20TH, 2019, AT ABOUT 10:40,
WERE YOU WORKING AS A BANK MANAGER AT THE U.S. BANK
LOCATED AT SOUTH FAIRFAX AND THIRD STREET WITHIN THE
COUNTY OF LOS ANGELES?
       A.      YES.
       MR. WILLIAMS:  I HAVE WHAT'S BEEN MARKED PEOPLE'S
NUMBER 1 FOR IDENTIFICATION.  IT'S LABELED A AND B.
PREVIOUSLY SHOWN TO DEFENSE COUNSEL.  PERMISSION TO
APPROACH?
       THE COURT:  ONE-PAGE DOCUMENT WITH A --
       MR. WILLIAMS:  YES, EIGHT-BY-ELEVEN ONE-PAGE
DOCUMENT THAT APPEARS TO CONTAIN A PHOTO OF A SOCIAL
SECURITY AND A DRIVER'S LICENSE.
       THE COURT:  THANK YOU.  PEOPLE'S 1.


               (MARKED FOR IDENTIFICATION,
                PEOPLE'S EXHIBIT 1.)


       MR. WILLIAMS:  PERMISSION TO APPROACH?
       THE COURT:  YES.
```

BY MR. WILLIAMS:

      Q.      SIR, DO YOU RECOGNIZE WHAT'S SHOWN IN PEOPLE'S 1?

      A.      YES.

      Q.      CAN YOU PLEASE DESCRIBE WHAT'S SHOWN UNDER A AND WHAT'S SHOWN UNDER B RESPECTIVELY?

      A.      SOCIAL SECURITY CARD FOR W█████ █████ W███ AND DRIVER'S LICENSE -- IDENTIFICATION CARD FOR W█████████ W████.

      Q.      HOW DO YOU RECOGNIZE IT?

      A.      THEY CAME THROUGH MY TELLER WINDOW TRYING TO CLOSE AN ACCOUNT WITH THESE IDENTIFICATIONS.

      Q.      YOU SAID, "THEY."  DO YOU SEE THE PEOPLE --

      A.      ONE PERSON.  SORRY.

      Q.      DO YOU SEE THE PERSON IN COURT TODAY THAT TRIED TO SUBMIT THESE DOCUMENTS?

      A.      YES.

      Q.      CAN YOU IDENTIFY WHO THAT PERSON IS?

      A.      THE SIR SITTING.

      THE COURT:  POINT TO THE PERSON AND DESCRIBE WHAT HE OR SHE IS WEARING RIGHT NOW.

      THE WITNESS:  GREEN SHIRT, BEARD, SITTING RIGHT NEXT TO -- SORRY.  I DIDN'T CATCH HER NAME.

      THE COURT:  THANK YOU.  IDENTIFYING THE DEFENDANT.

BY MR. WILLIAMS:

      Q.      CAN YOU PLEASE DESCRIBE TO US WHAT THE

DEFENDANT DID WITH THE DOCUMENTS SHOWN IN PEOPLE'S 1?

     A.     THAT DAY HE CAME IN INQUIRING ABOUT THE ACCOUNTS THAT WERE OPEN UNDER HIS NAME AND HIS SOCIAL AND WANTED TO CLOSE THEM OUT.

     Q.     WHAT DOES IT MEAN TO CLOSE OUT AN ACCOUNT?

     A.     ESSENTIALLY CLOSING OUT THE CREDIT CARDS THAT WERE WITH -- THAT WERE ASSOCIATED WITH THESE CARDS AND THE ACCOUNTS THAT WERE WITH THEM.  IF IT WAS A CHECKING ACCOUNT, IT WOULD BE THE FUNDS THAT WERE IN THERE MADE OUT OF CHECKS IN HIS NAME OR THE -- ON THE ACCOUNT.

     Q.     WERE YOU ABLE TO ACCESS THE ACCOUNT ASSOCIATED WITH THIS NAME?

     A.     YES.

     Q.     AND WAS THERE A BANK ACCOUNT?

     A.     YES.

     Q.     DURING THAT PROCESS, DO YOU VERIFY THE IDENTITY OF THE PERSON?

     A.     YES.

     Q.     CAN YOU DESCRIBE WHAT YOU DID?

     A.     FIRST I USED THE DRIVER'S LICENSE, BUT I NOTICED THAT THE ACCOUNTS WERE OPENED IN DIFFERENT STATES.  ONCE I NOTICED THE I.D.'S DIDN'T MATCH, THEN I ASKED SECURITY QUESTIONS THAT CAME WITH THE ACCOUNT AS FAR AS WHERE THEY OPENED IT, WHEN THEY OPENED IT, HOW MUCH WAS IN THERE.

     Q.     WHAT HAPPENED WHEN YOU ASKED THESE SECURITY QUESTIONS?

A.     THEY WERE ANSWERED INCORRECTLY OR SAYING
THEY WERE OPENED FRAUDULENTLY.

Q.     WHEN YOU SAY, "THEY" --

MS. JUAREZ:  I'M GOING TO OBJECT AS TO HEARSAY,
FOUNDATION WITH RESPECT TO THE LAST STATEMENT, THAT THEY
WERE OPENED FRAUDULENTLY.

THE COURT:  SUSTAINED.

MS. JUAREZ:  MOTION TO STRIKE.

THE COURT:  ONE MOMENT.  SUSTAINED.  THE LAST
PORTION OF THE ANSWER IS STRICKEN.

ASK YOUR NEXT QUESTION.

BY MR. WILLIAMS:

Q.     SIR, YOU KEEP SAYING, "THEY."  ARE YOU
REFERRING TO THE DEFENDANT?

A.     YES.  SORRY.

Q.     PLEASE SAY, "THE DEFENDANT," FOR NOW ON IF
YOU'RE REFERRING TO HIM.

A.     I WILL.

Q.     DID YOU ASK THE DEFENDANT THE SECURITY
QUESTIONS?

A.     I DID.

Q.     WHAT HAPPENED WHEN YOU DID THAT?

A.     THE QUESTIONS WERE ANSWERED INCORRECTLY.

Q.     BY THE DEFENDANT?

A.     YES.

Q.     WHAT DID YOU DO NEXT?

A.     I ASKED -- MY DISTRICT OPERATIONS MANAGER
WAS AT THE BRANCH.  I ASKED HER FOR GUIDANCE.  SHE ASKED

ME TO REACH OUT TO THE PHONE NUMBER ON FILE.  ONCE I GOT
AHOLD OF THE CUSTOMER, I VERIFIED THE SECURITY QUESTIONS,
THE SAME ONES THAT I ASKED THE DEFENDANT, AND THE
CUSTOMER ON THE PHONE ANSWERED THEM CORRECTLY AND STATED
HE WAS NEVER IN CALIFORNIA.

       MS. JUAREZ:  I'M GOING TO OBJECT AS TO HEARSAY
WITH RESPECT TO THE LAST PORTION.

       THE COURT:  OVERRULED.

       MR. WILLIAMS:  NO FURTHER QUESTIONS.

       THE COURT:  CROSS-EXAMINATION.

       MS. JUAREZ:  THANK YOU.


              CROSS-EXAMINATION

BY MS. JUAREZ:

       Q.    GOOD MORNING, MR. SANCHEZ.

       A.    GOOD MORNING.

       Q.    SO YOU JUST TESTIFIED THAT MY CLIENT
INTRODUCED HIMSELF AS D██████ W█████; CORRECT?

       A.    W██████ W████.

       Q.    W██████ W████?

       THE DEFENDANT:  MY I.D., I SHOWED IT TO HIM.  I
DID.  YOU SAID, "YOU HAVE ANY OTHER I.D.?"  I SAID, "YES,
I DO."

       THE COURT:  SIR, TALK SOFTLY.  NOBODY ELSE SHOULD
HEAR.

BY MS. JUAREZ:

       Q.    AND HE PRESENTED THE I.D. WITH HIS NAME;
CORRECT?

A.        W██████ W█████ ON IT, YES.

Q.        AND THEN, USING YOUR COMPUTER SYSTEM, YOU RAN THE NAME, AND YOU ASSOCIATED THAT WITH THE ACCOUNT; CORRECT?

A.        NO.  WHEN I RAN IT WITH THE NAME, NOTHING CAME UP.  THAT'S WHEN I ASKED FOR A SOCIAL SECURITY NUMBER.

Q.        OKAY.  AND HE PROVIDED THAT?

A.        CORRECT.

Q.        NOW, I WANT TO ASK YOU WHAT MY CLIENT SPECIFICALLY TOLD YOU.  HE SPECIFICALLY STATED TO YOU THAT HE WANTED -- THAT SOMEONE HAD BEEN USING HIS I.D. FALSELY; CORRECT?

A.        CORRECT.

THE COURT:  WHAT?

MR. WILLIAMS:  OBJECTION; HEARSAY.

THE COURT:  OVERRULED.

BY MS. JUAREZ:

Q.        AND HE SPECIFICALLY TOLD YOU SOMEONE HAD BEEN USING HIS NAME TO OPEN ACCOUNTS; CORRECT?

A.        CORRECT.

Q.        AND THAT HE WANTED -- THAT HE HAD INCURRED A LARGE AMOUNT OF DEBT HE DIDN'T WANT TO PAY BECAUSE SOMEONE WAS USING HIS INFORMATION FALSELY; CORRECT?

A.        I DON'T REMEMBER THAT PART.

Q.        HE WANTED TO CLOSE THE ACCOUNT?

A.        CORRECT.

Q.        AND DID HE ALSO TELL YOU THAT HE WANTED A

LETTER OF APOLOGY FROM THE BANK BECAUSE YOUR
INSTITUTION --

                    (WHEREUPON COUNSEL AND THE
                     DEFENDANT CONFERRED SOTTO VOCE.)


BY MS. JUAREZ:
        Q.      DID HE EVER ASK YOU FOR A LETTER OF
APOLOGY FROM YOUR INSTITUTION FOR ALLOWING SOMEONE TO
OPEN AN ACCOUNT UNDER HIS NAME?
        A.      NO.
        MS. JUAREZ:  NOTHING FURTHER.
        THE COURT:  THANK YOU.
                ANY REDIRECT?
        MR. WILLIAMS:  WE'D OFFER PEOPLE'S 1 AT THIS TIME,
YOUR HONOR.
        THE COURT:  ANY OBJECTION TO PEOPLE'S 1?
        MS. JUAREZ:  NO.


                    (RECEIVED INTO EVIDENCE,
                     PEOPLE'S EXHIBIT 1.)


        THE COURT:  THANK YOU.
                SIR, THANK YOU.  YOU'RE EXCUSED.  YOU MAY
STEP DOWN AND EXIT THE COURTROOM.
        THE WITNESS:  THANK YOU.
        THE COURT:  PEOPLE?
        MR. WILLIAMS:  WE CALL DETECTIVE CANTRELL.

THE CLERK:  SIR, DO YOU SOLEMNLY STATE THE
TESTIMONY YOU ARE ABOUT TO GIVE IN THE CAUSE NOW PENDING
BEFORE THIS COURT SHALL BE THE TRUTH, THE WHOLE TRUTH,
AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

            THE WITNESS:  YES.


                    ISSIOLA CANTRELL,
CALLED AS A WITNESS BY AND ON BEHALF OF THE PEOPLE, WAS
DULY SWORN AND TESTIFIES AS FOLLOWS:


            THE CLERK:  THANK YOU.  PLEASE HAVE A SEAT IN THE
WITNESS STAND.  SIT BACK IN THE CHAIR AND PULL THE
MICROPHONE CLOSE TO YOU.  PLEASE SPEAK DIRECTLY INTO THE
MICROPHONE AND STATE AND SPELL YOUR FIRST AND LAST NAME
SLOWLY FOR THE RECORD.

            THE WITNESS:  OSSIOLA, CANTRELL, O-S-S-I-O-L-A,
C-A-N-T-R-E-L-L.

            THE COURT:  YOU MAY INQUIRE.


                    DIRECT EXAMINATION
BY MR. WILLIAMS:

            Q.      GOOD MORNING, DETECTIVE.

            A.      GOOD MORNING, SIR.

            Q.      CAN YOU PLEASE TELL US YOUR OCCUPATION AND
ASSIGNMENT?

            A.      YES.  I'M A DETECTIVE WITH THE LOS ANGELES
POLICE DEPARTMENT.  I'M CURRENTLY WORKING THE COMMERCIAL
CRIMES DIVISION, IDENTITY THEFT UNIT.

Q.      HOW MANY YEARS HAVE YOU BEEN A PEACE
OFFICER?

A.      THIRTEEN YEARS.  EIGHT AS A DETECTIVE.

Q.      TURNING TO PEOPLE'S 1 THAT'S NOW IN
EVIDENCE, WERE YOU ABLE TO IDENTIFY THE OWNER OF THAT
SOCIAL SECURITY CARD?

A.      YES.

MS. JUAREZ:  I'LL OBJECT AS TO FOUNDATION AS TO
THE QUESTION.

THE COURT:  OVERRULED.

BY MR. WILLIAMS:

Q.      HOW DID YOU DO SO?

A.      WHAT I DID WAS I RAN THIS NUMBER IN ONE OF
OUR SYSTEMS, AND IT CAME BACK TO A W█████ W████ THAT
LIVES IN WISCONSIN.

Q.      DID YOU SPEAK TO THAT PERSON, W███████
W████?

A.      YES, I DID.

Q.      WHAT DID --

THE DEFENDANT:  FLORIDA.  FLORIDA.

THE COURT:  SIR.

NEXT QUESTION.

BY MR. WILLIAMS:

Q.      WHAT DID W██████ W█████ TELL YOU ABOUT THIS
CASE?

A.      WHEN I ORIGINALLY CALLED MR. W████, I
BASICALLY LET HIM KNOW I WAS CONTACTING HIM REGARDING AN
INDIVIDUAL THAT WE HAD IN CUSTODY WHO TRIED TO CLOSE OUT

HIS ACCOUNT.  I ASKED HIM IF HE KNEW ANYONE BY THE NAME
OF EITHER D█████ W████ OR MATTHEW KIERANS, AND HE SAID HE
DIDN'T KNOW THEM.  I ASKED HIM IF HE ALLOWED ANYONE TO GO
INTO THE BANK AND CLOSE OUT HIS ACCOUNT.  HE SAID HE'S
NEVER GIVEN ANYONE ANY PERMISSION.  AND I ASKED HIM IF HE
KNEW ANYONE IN CALIFORNIA.  HE SAID HE'S NEVER BEEN TO
CALIFORNIA IN THE LAST 20 YEARS.

       Q.     AND WERE YOU ABLE TO VERIFY THE
AUTHENTICITY OF WHAT'S SHOWN IN PEOPLE'S 1B?

       A.     YES.

       Q.     WHAT WAS YOUR DETERMINATION?

       A.     THE AUTHENTICITY WAS CORRECT AS FAR AS
WHAT IS HERE BUT WHEN THE INDIVIDUAL SIGNED UP FOR THIS
SOCIAL SECURITY CARD AND THE DRIVER'S LICENSE, HE DID IT
THROUGH I BELIEVE A HOMELESS ADVOCATE.  AND FROM WHAT I
KNOW, THEY DON'T ALLOW -- HE DIDN'T HAVE TO PRESENT
ANYTHING.  HE JUST GAVE THEM INFORMATION, AND THEY HELPED
HIM GET THE CARD.

       THE COURT:  WHAT IS PEOPLE'S 1B?  PLEASE DESCRIBE
THAT.

       THE WITNESS:  SOCIAL SECURITY CARD AND A DRIVER'S
LICENSE.

       THE COURT:  SO THERE'S TWO IMAGES ON THE EXHIBIT
YOU HAVE IN FRONT OF YOU?

       THE WITNESS:  YES, MA'AM.

       THE COURT:  WHAT IS THE UPPER EXHIBIT?

       THE WITNESS:  IT IS A SOCIAL SECURITY CARD.

       THE COURT:  THE LOWER EXHIBIT?

THE WITNESS:  IT IS A DRIVER'S LICENSE IN CALIFORNIA.

THE COURT:  THANK YOU.

NEXT QUESTION.

MR. WILLIAMS:  NO FURTHER QUESTIONS, YOUR HONOR.

THE COURT:  CROSS-EXAMINATION.

MS. JUAREZ:  THANK YOU, YOUR HONOR.


CROSS-EXAMINATION

BY MS. JUAREZ:

Q.      GOOD MORNING, DETECTIVE -- OFFICER.

A.      GOOD MORNING, MA'AM.

Q.      YOU JUST TESTIFIED YOU RAN A NUMBER AND IT CAME BACK TO WISCONSIN.  WHAT NUMBER ARE YOU REFERRING TO?

A.      THE SOCIAL SECURITY NUMBER THAT IS ON THIS SOCIAL SECURITY CARD, MA'AM.

Q.      WHEN YOU CALLED THAT INDIVIDUAL IN WISCONSIN DID HE SELF-IDENTIFY AS W████   W████?

A.      HE DID.

Q.      AND WHAT DID YOU DO IN ORDER TO VERIFY HIS IDENTITY?

A.      WHAT I DID WAS I HAD MR. W████   W████ EMAIL ME COLOR COPIES OF HIS BIRTH CERTIFICATE, SOCIAL SECURITY CARD AND HIS DRIVER'S LICENSE, AND I RAN THOSE IN THE SYSTEM, AND THEY CAME BACK TO HIM IN WISCONSIN.  I ALSO CALLED THE SOCIAL SECURITY OFFICE AS FAR AS THIS SOCIAL SECURITY NUMBER WAS CONCERNED AND IT WAS GENERATED

IN WISCONSIN.

      Q.     WHAT SYSTEM DID YOU -- LET ME TAKE IT ONE BY ONE. THE LICENSE THAT MR. W█████ IN WISCONSIN PROVIDED YOU, WHAT SYSTEM DID YOU USE TO VERIFY THAT?

      A.     WE USE THE DMV.

      Q.     DMV FOR WISCONSIN?

      A.     NO. YOU CAN RUN MULTI AGENCIES WITH IT.

      Q.     YOU USED THE CALIFORNIA DMV?

      A.     YES.

      Q.     AND THEN YOU INDICATED THAT YOU HAD A BIRTH CERTIFICATE. HOW DID YOU VERIFY THAT?

      A.     THROUGH LEXISNEXIS.

      Q.     THROUGH A DATABASE SYSTEM?

      A.     YES.

      Q.     OKAY. SO YOU DIDN'T GO TO -- YOU DIDN'T CONTACT THE HALL OF RECORDS OR THE RECORDER IN WISCONSIN TO VERIFY THE BIRTH CERTIFICATE?

      A.     NO.

      Q.     AND THE SOCIAL SECURITY NUMBER CARD THAT YOU GOT, HOW DID YOU VERIFY THAT?

      A.     I CALLED THE SOCIAL SECURITY OFFICE.

      Q.     IN WISCONSIN?

      A.     NO, HERE.

      Q.     THEY WERE ABLE TO VERIFY IT?

      A.     YES.

      Q.     DID YOU WRITE A REPORT OR ANYTHING REGARDING HOW YOU VERIFIED THE SOCIAL SECURITY CARD?

      A.     IT SHOULD BE THERE.

MR. WILLIAMS:  OBJECTION; CALLS FOR DISCOVERY.

        THE COURT:  OVERRULED.

BY MS. JUAREZ:

        Q.      AND YOU THEN STARTED TO REVIEW THE
DOCUMENTS THAT MY CLIENT PROVIDED; CORRECT, AND TO VERIFY
THEM?

        A.      WELL, NOT THAT YOUR CLIENT PROVIDED; THAT
WERE TAKEN FROM HIM.

        Q.      THAT HE PROVIDED TO THE MANAGER?

        A.      YEAH.

        Q.      WHO DID YOU SPEAK WITH REGARDING VERIFYING
HIS I.D. AND HOW HE GOT IT -- HOW HE OBTAINED THOSE?

        A.      I DIDN'T SPEAK TO ANYONE AS FAR AS HIS
I.D. WAS CONCERNED.

        Q.      OKAY.  YOU TESTIFIED THAT THE MANNER IN
WHICH HE OBTAINED THAT I.D. WAS -- THAT HE COULD JUST
GIVE HIS NAME TO A HOMELESS ADVOCATE?

        A.      YES.

        Q.      WHERE DID YOU OBTAIN THAT INFORMATION?

        A.      I BELIEVE IT WAS ON A DOCUMENT THAT WAS
ALSO PROVIDED BY THE OFFICERS.

        Q.      BUT WHEN YOU RUN IT IN THE CALIFORNIA
DRIVER'S LICENSE SYSTEM, IT COMES BACK AS A TRUE
CALIFORNIA I.D.?

        A.      IT DOES.

        MS. JUAREZ:  NOTHING FURTHER.

        THE COURT:  THANK YOU.  THANK YOU FOR YOUR
TESTIMONY TODAY.  YOU MAY STEP DOWN AND EXIT THE

COURTROOM.

        MR. WILLIAMS:  YOUR HONOR, WE REST.

        THE COURT:  MS. JUAREZ, THE PEOPLE HAVING RESTED, ANY AFFIRMATIVE DEFENSE OR MOTIONS ON BEHALF OF YOUR CLIENT?  PEOPLE'S 1 ALREADY HAVING BEEN ADMITTED INTO EVIDENCE BY REFERENCE.

        MS. JUAREZ:  NO AFFIRMATIVE DEFENSE.  MOTION TO DISMISS BASED ON INSUFFICIENCY OF THE EVIDENCE. SUBMIT.

        THE COURT:  THAT MOTION IS RESPECTFULLY DENIED. IT APPEARING TO ME FROM THE EVIDENCE PRESENTED THE FOLLOWING OFFENSE HAS BEEN COMMITTED, AND THERE'S SUFFICIENT CAUSE TO BELIEVE THE DEFENDANT GUILTY THEREOF, COUNT 1, VIOLATION OF PENAL CODE SECTION 530.5 SUBSECTION (A), AND COUNT 2, PENAL CODE SECTION 529 SUBSECTION (A) SUBSECTION (3).  I ORDER THE DEFENDANT BE HELD TO ANSWER THEREFORE AND BE ADMITTED TO BAIL IN THE SUM OF $100,000 AND BE COMMITTED TO THE CUSTODY OF THE SHERIFF OF LOS ANGELES COUNTY UNTIL SUCH BAIL IS GIVEN.

        DATE OF ARRAIGNMENT IN SUPERIOR COURT WILL BE ON OCTOBER 31ST, 2019.  THAT WILL BE IN DEPARTMENT 134 AT 8:30 A.M.

        MS. JUAREZ, ANYTHING FURTHER ON BEHALF OF YOUR CLIENT?

        MS. JUAREZ:  NO, YOUR HONOR.  THANK YOU.

        THE COURT:  ANYTHING FURTHER ON BEHALF OF THE PEOPLE?

        MR. WILLIAMS:  NO THANK YOU, YOUR HONOR.

THE COURT:  THANK YOU.

(WHEREUPON THE PROCEEDINGS WERE
CONCLUDED.)

///
///

```
              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

                   FOR THE COUNTY OF LOS ANGELES

DEPARTMENT 34              HON. DEBORAH S. BRAZIL, JUDGE

                          -OOO-


THE PEOPLE OF THE STATE OF      )
CALIFORNIA,                     )
                                )
                   PLAINTIFF,   )   NO. BA480543
                                )
              VS.               )   REPORTER'S
                                )   CERTIFICATE
MATTHEW KIERANS,                )
                                )
                   DEFENDANT.   )
_____ )
```

 

 

     I, JACK C. SCHEINFELD, OFFICIAL REPORTER OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING PAGES, 1 THROUGH 22, INCLUSIVE, COMPRISE A FULL, TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER ON OCTOBER 16, 17, 2019.


     DATED THIS 18TH DAY OF DECEMBER, 2024.



```
                        JACK C. SCHEINFELD
                        OFFICIAL REPORTER, CSR NO. 12109
```