```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                 FOR THE COUNTY OF LOS ANGELES

 3                           -oOo-

 4


 5    DEPARTMENT 134         HON. JAMES R. DABNEY, JUDGE

 6    THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                                )
 7                   PLAINTIFF,                 )
                                                )   CASE NO.
 8        VS.                                   )   BA480543
                                                )
 9    01 - MATTHEW KIERANS,                     )
                                                )
10                   DEFENDANT(S).              )
                                                )
11    _____)

12              REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                  TUESDAY, NOVEMBER 19, 2019

14

15

16    APPEARANCES:

17

18    FOR THE PEOPLE:     OFFICE OF THE DISTRICT ATTORNEY
                          BY:  CELIA POLITEO, ESQ.
19                        211 WEST TEMPLE STREET
                          SUITE 200
20                        LOS ANGELES, CALIFORNIA  90012

21
      FOR THE DEFENDANT:  ALTERNATE PUBLIC DEFENDER
22                        BY:  SUSANA JUAREZ, ESQ.
                          210 WEST TEMPLE STREET
23                        LOS ANGELES, CALIFORNIA  90012

24

25

26

27                         ELORA DORINI, CSR 13755
                           OFFICIAL COURT REPORTER
28
```

**Government Exhibit 14B**
Case 23-CR-1020-CJW
SENT

M A S T E R   I N D E X

SESSIONS

PAGE

TUESDAY          NOVEMBER 19, 2019
A.M. SESSION                                    3

```
 1   CASE NUMBER:              BA480543
 2   CASE NAME:                THE PEOPLE OF THE STATE OF
 3                             CALIFORNIA VERSUS MATTHEW
 4                             KIERANS
 5   LOS ANGELES, CALIFORNIA   TUESDAY, NOVEMBER 19, 2019
 6   DEPARTMENT 134            HON. JAMES R. DABNEY
 7   REPORTER:                 ELORA DORINI, CSR NO. 13755
 8   TIME:                     A.M. SESSION
 9   APPEARANCES:
10           (DEFENDANT BEING PRESENT IN COURT AND
11           REPRESENTED BY COUNSEL, SUSANA JUAREZ,
12           DEPUTY ALTERNATE PUBLIC DEFENDER, THE
13           PEOPLE BEING REPRESENTED BY CELIA
14           POLITEO, DEPUTY DISTRICT ATTORNEY OF
15           LOS ANGELES, STATE OF CALIFORNIA.)
16                       ---OOO---
17
18           THE COURT: W█████ W███, BA480543.
19           MS. JUAREZ: SUSANA JUAREZ, DEPUTY ALTERNATE
20   PUBLIC DEFENDER, DEPUTY ALTERNATE PUBLIC DEFENDER ON
21   BEHALF OF MR. W███.
22           HE'S PRESENT IN CUSTODY.
23           MS. POLITEO: CELIA POLITEO, DEPUTY DISTRICT
24   ATTORNEY ON BEHALF OF THE PEOPLE.
25           THE COURT: OKAY. LAST TIME WE WERE HERE,
26   THERE WAS A DISCOVERY OUTSTANDING.
27           WHERE ARE WE AT ON THAT?
28           MS. JUAREZ: YOUR HONOR, THE PEOPLE AND I ARE
```

```
 1    WORKING ON DISCOVERY.  THE REQUEST IS TO GO OVER AND
 2    TRAIL TO DECEMBER 5TH SO WE CAN COMPLETE DISCOVERY AND
 3    POSSIBLY RESOLVE THE MATTER.
 4            I'M GOING TO BE WORKING ON A POSSIBLE OFFER
 5    AND COUNTER OFFER SITUATION FOR THAT DATE.
 6            THE COURT:  OKAY.  AND MY UNDERSTANDING THIS
 7    IS A -- CASE INVOLVES ACCESS TO A BANK ACCOUNT AND
 8    ALLEGATIONS OF IDENTITY THEFT, AND THERE'S SOME
 9    QUESTIONS AS TO THE VICTIM IN THIS PARTICULAR MATTER
10    THAT YOU'RE INVESTIGATING.
11            IS THAT CORRECT?
12            MS. JUAREZ:  YES, IT IS.
13            THE COURT:  OKAY.  ALL RIGHT.  SO DECEMBER 5TH
14    WOULD BE WHAT DATE?
15
16            (SCHEDULING CONVERSATION OFF THE RECORD)
17
18            THE COURT:  35 OF 60 ON THE 5TH.  MY
19    UNDERSTANDING IS MR. W███ IS NOT INTERESTED IN WAIVING
20    TIME.
21            MS. JUAREZ:  THAT'S CORRECT.
22            THE COURT:  SO LET'S COME BACK ON THE 5TH.
23    WE'LL EITHER HAVE A FIRM OFFER ON THAT DATE AFTER
24    DISCOVERY IS COMPLETE, AND YOU CAN DECIDE WHETHER YOU
25    WANT IT OR NOT WANT IT OR GO TO TRIAL WITHIN THE
26    PERIOD.  OKAY?
27            SO WE'LL COME BACK THEN.  AND WE'LL SEE  --
28    THE REAL THING THAT NEEDS TO BE HASHED OUT IS BASED ON
```

```
 1   THE WHAT THE ALLEGATIONS ARE, AND INFORMATION YOUR
 2   ATTORNEY IS WORKING ON THAT SHE'S RECEIVED.
 3            SHE NEEDS TO FOLLOW UP ON THAT STUFF IN ORDER
 4   TO FIND OUT BECAUSE THAT'S GOING TO MAKE A HUGE
 5   DIFFERENCE DEPENDING ON HOW THE INVESTIGATION PLAYS
 6   OUT.  OKAY?
 7            THE DEFENDANT:  OKAY.
 8            THE COURT:  SO WE'LL COME BACK ON THAT DATE,
 9   AND IF THE DISCOVERY IS RESOLVED, THEN WE'LL SEE IF THE
10   PEOPLE ARE WILLING TO MAKE AN OFFER THAT YOU'RE WILLING
11   TO ACCEPT, AND IF NOT, WE'LL GO TO TRIAL WITHIN THE
12   PERIOD.  IT'S THAT SIMPLE.  OKAY?
13            THE DEFENDANT:  I HAVE SOME IMPORTANT
14   INFORMATION.
15            THE COURT:  THAT, YOU NEED TO SHARE WITH HER.
16   BECAUSE AT THIS POINT WITH ME, I DON'T GET -- MY
17   INVOLVEMENT IN THIS IS TO MAKE SURE THAT SHE GETS WHAT
18   SHE'S ENTITLED TO GET ON YOUR BEHALF FROM HER --
19            THE DEFENDANT:  IT'S ACTUALLY THE DA'S
20   INFORMATION SO -- I ALREADY FILED TO DOJ.
21            THE COURT:  ALL RIGHT.  I GOT IT.  AGAIN,
22   THAT'S NOT -- THAT GOES TO MERITS.  I DON'T GET
23   INVOLVED IN THE MERITS.  RIGHT NOW I'M INVOLVED IN THE
24   PROCEDURE.
25            I GET INVOLVED IN THE MERITS ONLY IF YOU HAD A
26   COURT TRIAL, IN WHICH CASE THEN I'M IN IT.  AND BUT NOT
27   UNTIL THEN.
28            MS. POLITEO:  MAY I SAY THAT COUNSEL AND I HAD
```

```
 1   A LENGTHY CONFERENCE.  SHE SHARED WITH ME ALL OF THE
 2   CONCERNS THAT HER CLIENT HAD AND THE ADDITIONAL WAYS OF
 3   DETERMINING THE IDENTITY HERE INCLUDING DOJ PRINTS
 4   AND -- AND SEVERAL OTHER THINGS THAT SHE'S ASKED.
 5            THE COURT:  OKAY, GREAT.
 6            MS. POLITEO:  SO I JUST HOPE THAT IT'S CLEAR
 7   TO HIM THAT I RECEIVED THAT INFORMATION, AND I AM GOING
 8   TO EXPLORE IT.  OUR MIND -- I'M A PROSECUTOR, BUT MY
 9   MIND IS ALWAYS OPEN.
10            IF THERE WAS SOME SORT OF MISTAKE HERE, WE,
11   THE PEOPLE WANTED TO GET TO THE BOTTOM OF IT.
12            THE COURT:  SOONER RATHER THAN LATER.
13            MS. POLITEO:  WE WANT TO DO THE RIGHT THING.
14            THE DEFENDANT:  I HAD A LITTLE PROBLEM IN SAN
15   DIEGO YEARS AGO --
16            THE COURT:  LONG TIME AGO.  THAT KIND OF
17   MUDDIES UP THE WATERS, BUT THE BOTTOM LINE IS --
18            MS. POLITEO:  WE STILL HAVE TO PROVE UP THIS
19   CASE.
20            THE COURT:  AND BASED ON THE INFORMATION THAT
21   YOU'RE PROVIDING, THEY MAY NOT BE ABLE TO.  WE'LL FIND
22   OUT.  WE'LL SEE YOU ON THE 5TH.
23
24            (END OF PROCEEDINGS 11:35 A.M.)
25
26
27
28
```

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                  FOR THE COUNTY OF LOS ANGELES
 3
 4       DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE
 5   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 6                  PLAINTIFF,                 )
                                               ) NO. BA480543
 7     VS.                                     )
                                               )
 8   01 - MATTHEW KIERANS,                     )
                                               ) REPORTER'S
 9                  DEFENDANT(S).              ) CERTIFICATE
                                               )
10   _____
11
12
13            I, ELORA DORINI, OFFICIAL COURT REPORTER
14   OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR
15   THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID
16   CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND
17   THAT THE FOREGOING PAGES 1 THROUGH 6 COMPRISE A FULL,
18   TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND
19   TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED
20   CAUSE ON NOVEMBER 19, 2019.
21
22            EXECUTED THIS DAY, DECEMBER 31, 2024, AT
23   LOS ANGELES, CALIFORNIA.
24
25                         _____
                           ELORA DORINI, CSR NO. 13755
26
27
28
```