1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2              FOR THE COUNTY OF LOS ANGELES

3                        -oOo-

4

5    DEPARTMENT 134          HON. JAMES R. DABNEY, JUDGE

6   THE PEOPLE OF THE STATE OF CALIFORNIA,     )
                                               )
7                    PLAINTIFF,                )
                                               )   CASE NO.
8      VS.                                     )   BA480543
                                               )
9   01 - MATTHEW KIERANS,                      )
                                               )
10                   DEFENDANT(S).             )
    _____)
11

12          REPORTER'S TRANSCRIPT OF PROCEEDINGS

13             TUESDAY, DECEMBER 10, 2019

14

15

16    APPEARANCES:

17

18    FOR THE PEOPLE:    OFFICE OF THE DISTRICT ATTORNEY
                         BY:  PRISCILLA MUSSO, ESQ.
19                       211 WEST TEMPLE STREET
                         SUITE 200
20                       LOS ANGELES, CALIFORNIA  90012

21

22    FOR THE DEFENDANT: ALTERNATE PUBLIC DEFENDER
                         BY:  SUSANA JUAREZ, ESQ.
23                       210 WEST TEMPLE STREET
                         LOS ANGELES, CALIFORNIA  90012

24

25

26
                                          **Government**
                                          **Exhibit**
27              ELORA DORINI, CSR 13755    **14C**
                OFFICIAL COURT REPORTER   **Case**
28                                        **23-CR-1020-CJW**
                                          **SENT**

1                    M A S T E R   I N D E X

2

3                         SESSIONS

4                                         PAGE

5     TUESDAY            DECEMBER 10, 2019
      A.M. SESSION                              3
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
1   CASE NUMBER:              BA480543
2   CASE NAME:                THE PEOPLE OF THE STATE OF
3                             CALIFORNIA VERSUS MATTHEW
4                             KIERANS
5   LOS ANGELES, CALIFORNIA   TUESDAY, DECEMBER 10, 2019
6   DEPARTMENT 134            HON. JAMES R. DABNEY
7   REPORTER:                 ELORA DORINI, CSR NO. 13755
8   TIME:                     A.M. SESSION
9   APPEARANCES:
10          (DEFENDANT BEING PRESENT IN COURT AND
11          REPRESENTED BY COUNSEL, SUSANA JUAREZ,
12          DEPUTY ALTERNATE PUBLIC DEFENDER, THE
13          PEOPLE BEING REPRESENTED BY PRISCILLA
14          MUSSO, DEPUTY DISTRICT ATTORNEY OF
15          LOS ANGELES, STATE OF CALIFORNIA.)
16                     ---OOO---
17
18          THE COURT:  W███    W██, BA480543 OR
19   KIERANS.
20          THE DEFENDANT:  I'M NOT KIERANS AT ALL.
21          THE COURT:  I UNDERSTAND.
22          MS. JUAREZ:  SUSANA JUAREZ, DEPUTY ALTERNATE
23   PUBLIC DEFENDER ON BEHALF OF MR. W███, HE'S PRESENT IN
24   CUSTODY.
25          MS. MUSSO:  PRISCILLA MUSSO, DEPUTY DISTRICT
26   ATTORNEY FOR THE PEOPLE.  YOUR HONOR, THIS CASE, I'M
27   GOING TO SPECIALLY ASSIGN SO WE CAN DELVE INTO ALL THE
28   THINGS THE DEFENDANT IS TALKING ABOUT.
```

1          MS. JUAREZ HAS EXPLAINED EVERYTHING TO ME

2   EXTENSIVELY, AND I WILL HAVE A DA ASSIGNED TO GET

3   FINGERPRINTS, AND WE WILL FIGURE IT OUT.

4          THE COURT:  OKAY.  COME BACK WITHIN THE

5   PERIOD?

6          MS. JUAREZ:  YES, PLEASE.

7          THE COURT:  50 OF 60 IS THE 20TH.

8          THE DEFENDANT:  CAN I SPEAK?  I WANT TO FIRE

9   MY ATTORNEY.

10          THE COURT:  YOU KNOW, CAN YOU HOLD ON A

11   SECOND?  DID YOU JUST HEAR WHAT SHE SAID?  THEY NEED TO

12   RESOLVE WHETHER OR NOT YOU'RE ACTUALLY W███ OR NOT --

13          THE DEFENDANT:  I TOLD YOU --

14          THE COURT:  EXCUSE ME, THEY'RE GOING TO ASSIGN

15   SOMEBODY TO GET FINGERPRINTS, SO IF WHAT THEY FIND IS

16   WHAT YOU'RE SAYING IS TRUE, THIS CASE IS GOING TO GO

17   AWAY.  SO IF THIS CASE GOES AWAY, YOU DON'T NEED TO

18   FIRE YOUR ATTORNEY.

19          COME BACK ON THE 19TH, WHICH IS 49 OF 60.  SO

20   HOPEFULLY, WE'RE WE'LL KNOW AT THAT TIME WHETHER WE'RE

21   GOING TO PROCEED OR NOT.  THEY'RE NOT GOING TO DISMISS

22   A CASE BECAUSE YOU SAY IT --

23          THE DEFENDANT:  I LOST MY RETIREMENT ALREADY.

24          THE COURT:  I UNDERSTAND THAT.  BUT THE

25   PROBLEM IS IT'S NOT HER.  THEY'RE NOT GOING TO DISMISS

26   THE CASE.  YOU'RE STILL WITHIN THE ORIGINAL PERIOD.

27   SHE HASN'T WAIVED ONE SECOND OF TIME ON YOU.

28          YOU HAVEN'T WAIVED ANY TIME.  THIS IS THE

1    SUPERVISOR OF THE DA WHO IS NORMALLY IN HERE.  SHE JUST

2    SAID SHE'S GOING TO HAVE THIS SPECIALLY ASSIGNED SO WE

3    CAN GET TO THE BOTTOM OF THIS.

4              THE DEFENDANT:  I HAVE TO TELL YOU.  I MADE A

5    REPORT TO FBI IN 1995, AND I MADE A REPORT ON MY UNCLE,

6    HE'S CORRUPT.  MR. MOORE WAS DOWN THERE.

7              THE WORLD TRADE CENTER, I AM NOT TAKING DOWN

8    THE WORLD TRADE CENTER.  MY FAMILY GOT MURDERED, HIS

9    WIFE AND KIDS, AND THE DOJ TOLD ME, KEEP MY PASSPORT TO

10   MYSELF, I WAS TOLD, I WAS SUPPOSED TO GET DOJ NEW

11   MEXICO TO BE PRESENT --

12             THE COURT:  WE'RE GOING TO GET TO THE BOTTOM

13   OF ALL OF THIS.  SEE YOU NEXT TIME.

14

15             (END OF PROCEEDINGS 9:54 A.M.)

16

17

18

19

20

21

22

23

24

25

26

27

28

1             SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                FOR THE COUNTY OF LOS ANGELES

3

4       DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE

5  THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                        )

6                 PLAINTIFF,     )
                                      )  NO. BA480543

7    VS.                            )
                                      )

8  01 - MATTHEW KIERANS,            )
                                    )  REPORTER'S

9                DEFENDANT(S).     )  CERTIFICATE

10 _____)

11

12

13           I, ELORA DORINI, OFFICIAL COURT REPORTER

14 OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR

15 THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID

16 CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND

17 THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,

18 TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND

19 TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED

20 CAUSE ON DECEMBER 10, 2019.

21

22           EXECUTED THIS DAY, DECEMBER 31, 2024, AT

23 LOS ANGELES, CALIFORNIA.

24

25           _____

26           ELORA DORINI, CSR NO. 13755

27

28