| | |
|---|---|
| From: | Alison Foster |
| To: | Mallory, Ian D |
| Cc: | Negin Mostadim |
| Subject: | [External] RE: [External]Hotdog Bill |
| Date: | Monday, September 4, 2023 1:47:40 PM |

Happy Labor Day Det. Mallory.

I reviewed our case and the information you sent. As far as our conviction goes, I do not believe there is an issue with our conviction since the defendant did enter a bank and attempt to take money from an account that was not his. There may be some issues with the orders that were given at the time of the plea, however, the court's jurisdiction over this defendant has been over awhile.

If you there is anything you need, please let me know. I will put all the notes into our file (the attorney work product section so it will stay confidential).

This whole ordeal is just unbelievable.

Alison A.W. Foster
Assistant Head Deputy
Central Trials 15
210 West Temple Street, 17th Floor
Los Angeles, CA 90012
(213) 974-3806


-----Original Message-----
From: Mallory, Ian D <ian-mallory@uiowa.edu>
Sent: Thursday, August 3, 2023 3:20 PM
To: Alison Foster <AFoster@da.lacounty.gov>
Subject: [External]Hotdog Bill


Your message is ready to be sent with the following file or link attachments:

Supporting Document 7.20.23


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.
CAUTION: This email originated outside of the County (lacounty.gov domain). Do not click links or open attachments unless you recognize the sender and expect the message.

DISCOVERY MATERIAL
DO NOT COPY OR REDISSEMINATE
COPY PROVIDED TO CHRISTOPHER NATHAN
COPY TO BE RETURNED TO THE COUNTY'S OFFICE AT CONCLUSION OF CASE

DEFENDANT'S EXHIBIT
H
23-cr-1020