# Christopher Nathan

**From:** Christopher Nathan
**Sent:** Wednesday, January 8, 2025 12:52 PM
**To:** 'lenznerjd@doj.state.wi.us'
**Subject:** FW: Matthew Keirans

Hello:

I wanted to follow up on the below email.

Is there a reason that his wife should be prohibited from properly (re)titling the vehicles?

My understanding is that the WI DOT will change the title to his wife's name with an "okay" from law enforcement.

Please provide me with any guidance that you can.

Thank you

---

**From:** Christopher Nathan
**Sent:** Tuesday, May 28, 2024 3:17 PM
**To:** 'lenznerjd@doj.state.wi.us' <lenznerjd@doj.state.wi.us>
**Cc:** Tim Vavricek (Tim.Vavricek@usdoj.gov) <Tim.Vavricek@usdoj.gov>
**Subject:** Matthew Keirans

Hello:

I represent the above in the Northern District of Iowa. I am writing as a favor to his wife. She is trying to register the vehicles (that were previously registered under Keirans' alias) in her name, but says the Wisconsin DOT will only allow her to do so if Wisconsin DCI approves it.

If you are know and are able to share, can you please let me know if the above is accurate? And if it is, is the above something that is possible?

Thank you for any help that you can provide.

I have cc'd the AUSA assigned to the case.

Best,

Christopher J. Nathan

Assistant Federal Public Defender
Northern District of Iowa
222 3rd Avenue SE, Suite 290
Cedar Rapids, Iowa 52401
Phone: 319-363-9540
Fax: 319-363-9542

DEFENDANT'S EXHIBIT
O
23-cr-1020