# BREMER COUNTY SHERIFF'S OFFICE
## Booking Cover Sheet

ID Number: 00025554   Name: KEIRANS, MATTHEW DAVID        Booking #: 23000567
                                                          Booking Officer: BAUGHMAN, JACOB

Caution:                    Active Warrant: N       Arrested: 08/15/2023 @ 20:21
                            SSN: [redacted]         Arresting Agency: S
Booked: 08/15/2023 @ 20:29                          Arresting Officer: MARVIN, TRAVIS
Remarks: EH005PJ                                    Incident Number: 23000714
                                                    Arrest Location: [redacted]
                                                    Arrest City: WAVERLY



Address: [redacted]
City: HARTLAND           State: WI     Zip: [redacted]
Phone:                   Cell Phone: [redacted]
Born: [redacted] 1966 in SAN FRANSICO, CA
Age: 58  years old as of  07/03/2024

Citizen of: UNITED STATES    Hispanic: N         Marital Status: MARRIED
Race: W                      Skin Tone: FAIR     Dependents: 0
Sex: M                       Build:
Height: 6'01                 Glasses: Y          Education: 10
Weight: 275                  Shoe Size: 10       Resident: Y
Hair Color: BROWN            Eye Color: BROWN    Handedness: R

Occupation: UNEMPLOYED                  OLS: WI   OLN: W3209246816400   OLY:
Employer:                               FBI #:            State #:
Address:                                Field 1:          Field 2:
City:           State:      Zip:        Military Branch:  ID #:
Phone:          Date Hired:             Enlisted:         Discharged:
                                        Prints:

## Release Information:

Scheduled Release:           @ 00:00
Actually Released:  12/05/2023 @ 10:37 by ZEIEN, KASSIDY
Released Reason:    TRANSFERRED
Released To:        FBI DANIEL PECZEH
Time in Custody:    111 Days 14 Hours 8 Minutes   Inmate Released from Custody

## Court & Charge Information

**Charge Information:**
Criminal Charge: 715A.2(2)(a)         FORGERY-FELONY
Charge Type: FELONY
**Court Information:**
Case Number: FECR011142               Judge:
Case Status: HELD/COURT ORDER         Date/Time:   08/17/2023  @  09:20
**Bond Information:**
Bond Type: CASH/SURETY                Date Entered: 08/17/2023  Bond Amount: 100,000.00
Paid By: SENTENCED TO PROBATION       Date Paid:    12/05/2023

**Charge Information:**
Criminal Charge: 507E.3(2)(c)         INSURANCE FRAUD-APPLICATION SU
Charge Type: FELONY
**Court Information:**
Case Number: FECR011142               Judge:
Case Status: INITIAL APPEARANCE       Date/Time:   08/15/2023  @  20:30

DEFENDANT'S EXHIBIT
S
23-cr-1020

**Bond Information:**

Bond Type: BOND NOT SET  
Paid By:  
Date Entered: 08/15/2023  
Date Paid:  
Bond Amount: 0.00