# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW DAVID KEIRANS, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 23-cr-1020-CJW-MAR<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: Brody Egger<br>Official Court Record: Patrice Murray   Contract? No<br>Contact Information: PAMurrayReporting@gmail.com |

| Date: | 1/31/2025 | Start: | 9:00 AM | Adjourn: | 11:50 AM | Courtroom: | 2 |
|---|---|---|---|---|---|---|---|
| Recesses: | 10:45 AM–11:05 AM | | | Time in Chambers: | --- | Telephonic? | No |
| Appearances: | Plaintiff: | Timothy Vavricek | | | | | |
| | Defendant: | Christopher Nathan (defendant appears personally) | | | | | |
| | U.S. Probation: | Jill Freese (via phone) | | | | | |
| | Interpreter: | --- | Language: | --- | Certified: | --- | Phone: | --- |

| TYPE OF PROCEEDING: | SENTENCING | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Objections to PSIR: | Def: ¶¶ 25, 26, 45, 50, 58, 62, 64, 90, 109, 110, 127, 128, 129, 130, 143–147.<br>P: ¶¶ 62, 63, 89, 90, 93, 94, 95, 106, 109. | Ruling: | Def: 62 sustained. 25, 45, 50, 58, 64 overruled.<br>P: 62, 63 overruled.<br>All others not ruled upon. | |
| Motions to vary/depart: | Def's motion for downward departure (Doc. 44).<br>P's motion for departure and variance upward (Doc. 49). | Ruling: | Def's motion denied. P's motion granted (varying upward). | |
| Count(s) dismissed: | 1, 2, 3, 4, & 6. | | | |
| Sentence (See J & C): | 144 months imprisonment. Decreased by 30 days (as specified in paragraph 75 of PSR). To be served concurrent with case in paragraph 80. Restitution of $6,190 (has been paid already). If victim must pay for past hospitalization in relation to facts of this case, defendant is responsible for these costs. | | | |
| | Fine: | $10,000. Plus $10,000 for attorney costs. | Special assessment: | $200 |
| | Supervised Release: | 5 years. | | |
| | Court's recommendations (if any): | It is recommended that you be designated to a Bureau of Prisons facility in close proximity to your family which is commensurate with your security and custody classification needs. | | |

| Defendant is | X | Detained | | Released | and shall report | |
|---|---|---|---|---|---|---|
| **Witness/Exhibit List is** | Attached | | | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶7.

| Miscellaneous: | Plaintiff and defendant admit exhibits. Plaintiff and defendant make proffers.<br><br>Parties make argument regarding guidelines issues, financial penalties, and ultimate sentence.<br><br>Break.<br><br>The parties make further argument regarding sentence.<br><br>The Court hears from the victim.<br><br>Defendant exercises his right to allocution. |
|---|---|

| | | Defendant motion to unseal exhibits H, O, and S. Granted as to H and O. Defendant to file a redacted version of exhibit S (unsealed). |
| --- | --- | --- |
| | | Defendant is advised of his right to appeal. |