# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN    DIVISION

UNITED STATES OF AMERICA,
                                    Plaintiff,

vs.

MATTHEW DAVID KEIRANS,
                                    Defendant.

Date:          1/31/2025

**WITNESS & EXHIBIT LIST**
Case No.  23-cr-1020-CJW-MAR
Presiding Judge:  C.J. Williams
Deputy Clerk:  Brody Egger
Court Reporter:  Patrice Murray
Plaintiff's Attorney:  Timothy Vavricek
Defendant's Attorney:  Christopher Nathan

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| --- | --- | --- | --- | --- | --- |

***CSD**=Clerk's Storage Drive **A**=Admitted; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Docket | **Admitted? |
|---|---|---|---|
| --- | --- | --- | --- |

| Marked | **PLAINTIFF** Exhibits, Description | Docket | **Admitted? |
|---|---|---|---|
| 1 | California Department of Hospitals Bill | 47-1 | A |
| 2 | American Express Loan #1009 | 48-1 | A |
| 3 | American Express Account #1006 | 48-2 | A |
| 4 | American Express Account #1000 | 48-3 | A |
| 5 | American Express Account #2003 | 48-4 | A |
| 6 | U.S. Bank Account #4204 | 48-5 | A |
| 7 | U.S. Bank Account #8653 | 48-6 | A |
| 8 | U.S. Bank Account #9855 | 48-7 | A |
| 9 | U.S. Bank Account #8100 | 48-8 | A |
| 10 | Goldman Sachs Account #1669 | 48-9 | A |
| 10A | Goldman Sachs Attempted Account Openings and Increases | 48-10 | A |
| 11A | DOSEofFOUSEY YouTube Video (Nov. 11, 2015) | CSD | A |
| 11B | DOSEofFOUSEY YouTube Video (Nov. 12, 2015) | CSD | A |
| 11C | DOSEofFOUSEY YouTube Video (Nov. 13, 2015) | CSD | A |
| 11D | DOSEofFOUSEY YouTube Video (Nov. 14, 2015) | CSD | A |
| 11E | DOSEofFOUSEY YouTube Video (Nov 15, 2015) | CSD | A |
| 11F | MidoTV Adventure YouTube Video (Dec. 9, 2016) | CSD | A |
| 12 | Exhibit 12 | 55-1 | A |
| 13 | Exhibit 13 | 55-2 | A |
| 14A | Exhibit 14A | 53-1 | A |
| 14B | Exhibit 14B | 53-2 | A |
| 14C | Exhibit 14C | 53-3 | A |
| 14D | Exhibit 14D | 53-4 | A |
| 14E | Exhibit 14E | 53-5 | A |

| Marked | **DEFENSE** Exhibits, Description | Docket | **Admitted? |
|---|---|---|---|
| A | | CSD | A |
| B | | CSD | A |

| | | | |
|---|---|---|---|
| C | | CSD | A |
| D | | CSD | A |
| E | | CSD | A |
| F | | 45-2 | A |
| G | | 46-1 | A |
| G1 | | 57-1 | A |
| G2 | | 57-2 | A |
| H | | 46-2 | A |
| I | | 45-3 | A |
| J | | 45-4 | A |
| K | | 45-5 | A |
| L | | 45-6 | A |
| M | | 45-7 | A |
| N | | 46-3 | A |
| O | | 46-4 | A |
| P | | 46-5 | A |
| Q | | 45-8 | A |
| R | | 46-6 | A |
| S | | 46-7 | A |
| T | | 46-8 | A |
| U | | 46-9 | A |
| V | | 45-9 | A |
| W | | 45-10 | A |
| X | | 45-11 | A |
| Y | | 45-12 | A |