# UNITED STATES DISTRICT COURT
# for the Northern District of Iowa

USCA8, No. _____

## NOTICE OF APPEAL

| | |
|---|---|
| United States of America ) | |
| ) | _____ |
| Plaintiff ) | District Court Docket Number |
| ) | |
| vs. ) | |
| ) | _____ |
| _____ ) | District Court Judge |
| ) | |
| Defendant. ) | |

Notice is hereby given that _____ appeals to the Eighth

Circuit from the:   ☐ Judgment & Commitment   ☐ Order _____ entered in this action on
                                                          (Specify)

_____ .

_____          _____
Signature of Defendant's Counsel          Typed Name of Defendant's Counsel

                                          ( ) _____
_____          
Street Address          Room Number          Telephone Number

_____          _____
City       State       Zip                Date

## TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please prepare a transcript of:            ☐ I am not ordering a transcript because:
   ☐ Pre-trial proceedings                  ☐ Previously Filed
   ☐ Testimony <u>or</u>                    ☐ Other (Specify) _____
   ☐ Portions thereof
   ☐ Sentencing
   ☐ Post Trial Proceedings
   ☐ Other (Specify)

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payment: ☐ Funds, ☐ CJA Form 24 completed and sent to court reporter.

Attorney's Signature                             Date

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: _____

2. Date of Verdict: _____ ☐ Jury  ☐ Non-Jury

   Offenses: _____
   _____
   _____

   Trial Testimony - Number of Days _____ Bail Status _____

3. Sentence and Date Imposed: _____
   _____

4. Appealing:  Sentence ☐   Conviction ☐   Both ☐

   Challenging:  ☐ Application of Sentencing Guidelines
                 ☐ Constitutionality of Guidelines
                 ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: _____

   Stenographer in Charge: _____

   (Name, Address, Phone) _____

6. Trial Counsel was:  ☐ Appointed   ☐ Retained

   Does Defendant's financial status warrant appointment of counsel
   on appeal?      ☐ Yes          ☐ No

   Affidavit of Financial Status filed: _____

   Is there any reason why trial counsel should not be appointed as
   counsel on appeal?     ☐ Yes   ☐ No

7. Assistant U.S. Attorney Name & Phone Number: _____
   _____

# COURT REPORTER ACKNOWLEDGMENT

_____      _____         _____
Date Order Received      Estimated Completion Date      Est Number of Pages

_____    _____
Court Reporter's Signature                Date