# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1339

United States of America

Appellee

v.

Matthew David Keirans, also known as William Donald Woods, also known as William D. Woods

Appellant

---

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(2:23-cr-01020-CJW-1)

---

**ORDER**

IT IS ORDERED that the Federal Public Defender for the Northern and Southern District of Iowa is hereby appointed to represent the above named appellant in all matters pertaining to this action before this Court.

February 20, 2025

Order Entered under Rule 27A(a):

Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Maureen W. Gornik