IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 23-CR-1020 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNRESISTED** |
| | ) | DEFENDANT'S MOTION FOR |
| MATTHEW DAVID KEIRANS | ) | REDACTION OF SENTENCING |
| | ) | TRANSCRIPT |
| Defendant. | ) | |

The defendant, Matthew Keirans, through counsel, requests that the following information be redacted before the listed transcript becomes electronically available to the public.

1. Pursuant to Administrative Order 08-AO-009-P paragraphs 7 and 8, a party may request a redaction or deletion to a transcript other than the listed personal identifiers. Public Administrative Order, No. 08-AO-0009-P, ¶¶ 7–8.

2. A transcript of the Sentencing Proceedings held on January 31, 2025, was filed on February 19, 2025. Docket No. 69.

3. Redact by deletion from the transcript filed at Doc. 69, reference to the victim's name at:

    Page 17, line 2
    Page 18, line 13
    Page 26, lines 16, 19 and 21
    Page 27, lines 11, 22, and 25
    Page 28, lines 2, 12, 16, 19, and 22
    Page 29, lines 16 and 18
    Page 30, lines 7 and 17
    Page 42, lines 9 and 12
    Page 56, line 24
    Page 57, line 13
    Page 58, lines 7-10, 12, and 13
    Page 59, lines 4, 6, 12, 15, 16, 19, 20, 22, and 24

Page 60, lines 5, 19, and 21
Page 61, lines 2, 4-6, 11, 13, 15, 18, and 20
Page 62, lines 15, 18, 21, and 25
Page 63, lines 3, 6, 9-12, 15, and 19
Page 64, lines 4, 6, 11, 12, 14, 15, 19, and 25
Page 65, lines 2 and 6
Page 66, lines 5, 12, and 16
Page 67, lines 11 and 12
Page 69, line 16
Page 71, lines 19 and 21
Page 94, line 22
Page 95, line 1

Index, pages 16 and 17 – redact first and last name of victim (fourth and first columns).

In their place, the reporter may insert "W".

4. The undersigned has contacted counsel for the United States, Timothy Vavricek, and there is no objection to this motion.

This request for deletion is consistent with the Administrative Order.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

**Certificate of Service**

I served a copy of this document on the attorneys of record of all parties as follows:
1. Method of service: ( x ) electronic mail
( x ) electronic mail/Court Reporter - Patrice Murray

2. Date served: March 4, 2025

I declare that the statements above are true to the best of my information, knowledge, and belief.

By: /s/: M. Dullea