TO:     Clerk, Eighth Circuit Court of Appeals
FROM:   USDC Northern District of Iowa
        **KSY**

DATE:   3/13/2025

Appeal No.:    23-1339
District No.:  23-CR-1020-CJW-MAR
Case Name:     USA V. KEIRANS

**Transmitted Herewith:**

☒      **Transcripts:**
       Plea Hearing Transcript dated 4/1/2024 (1 vol)
       Sentencing Hearing Transcript dated 1/31/2025 (1 vol)

☒      **Final PSIR** - 3

☒      **Sealed Documents:**
       1, 11, 12, 29, 31, 32, 46, 48, 55, 57, 61, 65, 66

☐      **Other:**
       Description

**Comments:**

This file has been reprinted for appeal purposes only. Please do not return to the District Court upon completion.

n/a